**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ADAM HILL**                                                                           **PLAINTIFF**
**ADC #601559**

**VS.**                                    **4:23-CV00196-BRW-JTK**

**DEXTER PAYNE, et al.**                                                             **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1.      Plaintiff's official capacity claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

2.      Plaintiff's claims against Deborah Williams are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

3.      Deborah Williams is DISMISSED as a party to this action.

DATED this 12th day of April, 2023.


_____
     BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE